

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:                              01-17-00558-CV

Trial Court Cause
Number:                                    2015-62263

Style:                                     LFMC Enterprises, LLC, Li Y. Feng and Mimi Chan

                                           **v** Gary Baker

Date motion filed*:                        January 24, 2018

Type of motion:                            Unopposed motion to extend time to file brief

Party filing motion:                       Appellants, LFMC Enterprises, LLC, Li Y. Feng, and Mimi Chan

Document to be filed:                      Appellants' reply brief

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

    Original due date:                     January 24, 2018

    Number of previous extensions granted:  -0-

    Date Requested:                        February 23, 2018

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due:  February 23, 2018

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Michael Massengale
          ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: January 30, 2018